FILED
NOV 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

MICHAEL SINDRAM,
    Plaintiff,

v.

MICHAEL KELLY,
    Defendant.

CASE NUMBER 1:06CV01952

JUDGE: Reggie B. Walton

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 11/15/2006

\*               \*

### LEAVE TO FILE MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR RELATED RELIEF

Plaintiff, Michael Sindram, *pro-se*, in his Leave To File Motion For Temporary Restraining Order And For Related Relief, states as follows:

1. Plaintiff's Leave To File Verified Complaint is incorporated and adopted herein by reference. Indeed, Plaintiff has shown a tenable basis for each claim which are not frivolous or taken in bad faith but raises new matters never before decided on the merits by any federal court. Plaintiff truthfully certifies the instant case is filed in good faith, not for an improper purpose and states a colorable basis in law and fact on penalty of contempt of this Court.

2. As more fully described in Plaintiff's Leave To File Verified Complaint, defendant continues to deny Plaintiff his requested entitled reasonable public accommodations that do not fundamentally alter nature of service, program, or activity of D.C. Housing Authority. In retaliation for having made **Americans with Disabilities Act ("ADA")** reasonable accommodation request defendant now attempts to make Plaintiff homeless.

3. Instead of affording Plaintiff his requested entitled reasonable accommodations defendant had Plaintiff detained, arrested, and barred from his office.

4. Defendant discriminates against Plaintiff in violation of Human Rights Act of 1977. Defendant has set for Plaintiff a different standard as opposed to others similarly situated to deny on May 25, 2005 Plaintiff's Resident Request For Reasonable Accommodation.

5. Defendant's wanton and willful rancorous malicious misconduct and total disregard of Plaintiff's constitutionally-guaranteed rights has resulted in immediate and irreparable injury, loss, and damage to Plaintiff to include, but not limited to, exacerbating his disabilities and mental impairment and physical pain.

6. Plaintiff is likely to prevail on the merits in this weighty cause of action. Plaintiff is in danger of suffering irreparable harm during dormancy of this action if this relief is not granted. [Being homeless ain't no joke!] If this relief is not granted, more harm will result to

RECEIVED
OCT 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4

Plaintiff than result to defendant if this relief is granted. The public interest will not be disserved by the granting of this relief.

    7. In a per curiam opinion, expressing unanimous views of our United States Supreme Court, it was held that since it did not appear beyond doubt that Plaintiff could prove no set of facts in support of his claim which would entitle him to relief, he was entitled to an opportunity to offer proof. **Haines v. Kerner**, 404 U.S. 519 (1972). The Fourth Circuit has recognized an *"indisputable desire that those litigants with meritorious claims should not be tripped up in court on technical niceties." **Beaudett v. City of Hampton***, 755 F.2d 1277-78 (citing **Gordon v. Leeke**, 574 F.2d 1147 [4th Cir. 1978]).

    WHEREFORE, good cause having been shown and premises considered, Order should now pass granting Leave To File Motion For Temporary Restraining Order And For Related Relief and Leave To File Verified Complaint and Leave To File Application To Proceed Without Prepayment Of Fees And Affidavit, and FURTHER ORDERED:

1. Plaintiff shall remain in his home at address below to maintain the status quo during judicial review of defendant's unconstitutional acts and pending outcome of this weighty cause of action;
2. Immediate implementation of Plaintiff's requested entitled ADA reasonable public accommodations, to wit: assistance completing annual recertification forms, to be the first person to testify at the D.C. Housing Authority monthly board of commissioner's meeting, and verified payment of actual and anticipated medical expenses forthwith to offset Plaintiff's portion of rent;
3. Such other and further relief as to this Court appears just and proper.

**In God we trust:**
*Michael Sindram*
Michael Sindram, Plaintiff, *Pro-Se*
6817 Georgia Ave., N.W. #204
Washington, D.C. 20012
(202)722-6281

### REQUEST FOR EXPEDITED HEARING

Request For Expedited Hearing as required by Fed. R. Civ. P. 65 as to all issues herein to be advanced on the Court's calendar to earliest practicable date to aid in the decisional process.
*Michael Sindram*
Michael Sindram

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copy of foregoing Leave To File Motion For Temporary Restraining Order And For Related Relief was delivered *by-hand* this 11th day of October, 2006 to: Michael Kelly, 1133 North Capitol St., N.E., 2nd Floor, Washington, D.C. 20002.
*Michael Sindram*
Michael Sindram

*Do for others what **you** want them to do for **you**!*
**Matthew 7:12a**