UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

MICHAEL SINDRAM,
           Plaintiff,

v.                                Civil Action No.06-1952RBW

MICHAEL KELLY,
            Defendant.

\*                  \*                  \*                  \*

## SUPPLEMENTAL MOTION FOR TEMPORARY RESTRINING ORDER AND FOR RELATED RELIEF

    Plaintiff, Michael Sindram, *pro-se*, in his Supplemental Motion For Temporary Restraining Order And For Related Relief, states the following:

    On April 13, 2005 Plaintiff made his **Request For Reasonable Accommodation** (Exhibit 1) that states in part: *Housing Authority will work with you to determine how to fulfill your request.* [sic]. Some twenty (20) months after the fact on December 5, 2006, defendant Kelly reduces to writing his denial of Plaintiff's afore-referenced request for reasonable accommodation. Defendant Kelly failed to take into account **Disability Certificate** of August 17, 2006 from Howard University Department of Neurosurgery Gary C. Dennis, MD (Exhibit 2) and **Disability Certificate** of September 18, 2006 from Howard University Department of Orthopedic Surgery Terry L. Thompson, MD (Exhibit 3). Defendant Kelly further ignores Plaintiff's out-of-pocket medical expenses evidenced in part by Letter of December 11, 2005 from Rite Aid store manager John Walker (Exhibit 4) and Department of Veterans Affairs Letter of January 17, 2006 from Dr. Divya Shroff (Exhibit 5). Instant draconian action taken by defendant Kelly is unconstitutional and flagrant discrimination against protected class categories of disability, source of income, and retaliation of which Plaintiff is member practiced with impunity by defendant Kelly/D.C. Housing Authority (DCHA) proscribed by Human Rights Act of 1977. This is very same unconstitutional action that caused DCHA to go into recent receivership for which defendant Kelly is executive director and responsible for it under legal doctrine of *respondeat surperior*.

    Previously, Ms. Shanita Spriggs of DCHA did grant Plaintiff's request for reasonable accommodation and found as a matter of fact and law that Plaintiff was not given any greater opportunity than a non-disabled person. Ms. Spriggs found that it was not disparate treatment nor made it different for Plaintiff by allowing him to speak first at public meetings of DCHA Board of Commissioners. What is disparate treatment is separate standard set by defendant Kelly and board chair Frank Smith for Plaintiff as opposed to others similarly situated. Defendant Kelly has set out to satisfy an extra-judicial claim under auspices of Lorry Bluitt Bonds instituted as a private matter to achieve an end unintended by law and in fact having had that intended effect to exacerbate Plaintiff's medical condition and pain and muzzle his constitutionally-guaranteed right as enumerated in **U.S. Constitution Amendment I**: *Congress shall make no law abridging freedom of speech.*

Plaintiff is likely to prevail on merits in this weighty cause of action. Plaintiff is in danger of suffering irreparable harm during dormancy of this action if this relief is not granted. If this relief is not granted, more harm will result to Plaintiff than result to defendant if this relief is granted. Public interest will be served by the granting of this relief.

WHEREFORE, good cause having been shown and premises considered, Order should now pass:

1. Allowing Plaintiff to speak first at public meetings of DCHA Board of Commissioners;

2. Abolishing kangaroo court of DCHA "office of fair hearings" and requiring court of competent jurisdiction automatically review any adverse action taken by defendant Kelly/DCHA against any past, present, and future DCHA housing recipients of which court costs to be bore solely by DCHA;

3. Requiring defendant comply with law and deduct from Plaintiff's portion of rent all out-of-pocket medical expenses from year 2000 up to and including the present;

4. Such other and further relief as to this Honorable Court appears just and proper.

**In God we trust:**
*Michael Sindram*
Michael Sindram, Plaintiff, *Pro-Se*
6817 Georgia Ave., N.W. #204
Washington, D.C. 20012
(202)722-6281

## REQUEST FOR EXPEDITED HEARING

Request For Expedited Hearing hereby made as required by Fed. R. Civ. P. 65 as to all issues herein to be advanced on Court's calendar to earliest practicable date to aid in the decisional process.
*Michael Sindram*
Michael Sindram

## CERITIFICATE OF SERVICE

I HEREBY CERTIFY that copy of foregoing was mailed, postage prepaid, this 9th day of December, 2006 [Happy Sabbath!] to: Michael Kelly, 1133 North Capitol St., N.E., 2nd Floor, Washington, D.C. 20002.
*Michael Sindram*
Michael Sindram

*Take impurities out of silver and artist can produce a thing of beauty. Keep evil advisers away from king and his government will be known for its justice.*
**Proverbs 25:4-5 (TEV)**

*Do for others what **you** want them to do for **you**!*
**Matthew 7:12a (TEV)**

740

# REQUEST FOR REASONABLE ACCOMMODATION

On this form you may request that the Housing Authority provide reasonable accommodations to any member of your household who has a disability, so that your household members can better use your residence, or the Housing Authority's facilities or programs.

For this purpose, please complete this form. You must date and sign your name at the bottom and return this form to your property manager's office. If you need help in understanding what disabilities or reasonable accommodations are, would like additional information regarding the rights of persons with disabilities, or need help in completing this form, you may contact your property management office or the Housing Authority ADA/504 Coordinator.

___4-13-05___  
Date of Request

___130 44 5063___  
Social Security Number

___202/722-6281___  
Telephone Number

Name: Michael Sindram  
6817 Georgia Ave NW #204  
Washington, DC 20012

Address

City / State / Zip Code

1. This is the reasonable accommodation I request (examples of requests attached):
   *In light of documented disabilities/injuries I need to minimize sitting time and must therefore be first witness to testify at monthly meetings DCHA Board of Commissioners. In addition, my actual and anticipated out-of-pocket medical expenses to be verified forthwith.*

2. I request it for (name) ___Michael Sindram___

3. My reason for requesting this accommodation (why): *See attached Disability Certificate; Statement from David M Kaminsky; Howard University Hospital receipt no. 295432; Peter Achs, MD/Samuel S. Ennis, O.D./Talmadge A. Turner completed Verification of Medical Expenses; HUH Dental Clinic Statement; Pre-signed Form 5-23*

4. A physician, licensed health professional, professional representing a social service agency, disability agency or clinic may provide verification of your disability.

You may request a physical modification to your present unit, or a transfer to an already modified unit (either in your current development or in another one). The Housing Authority will work with you to determine how to fulfill your request. Documentation to support your request may be required. Please indicate which option you prefer:

☑ *Items listed above pursuant to Americans with Disabilities Act of 1990.*  
☐ I prefer modifications to be done to my present unit only.  
☐ I would prefer moving to an already modified unit, but only within my present development.  
☐ I would prefer moving to an already modified unit, even in another development.

___Michael Sindram___  
Signature of Applicant/Resident/Participant

___4-13-05___  
Date

*as cited*  
*in File*

District of Columbia Housing Authority  
Residents

ADA Form 740 (2/2002)

(-Ex. 1-)

# HOWARD UNIVERSITY
## DEPT. OF NEUROSURGERY

### Gary C. Dennis, MD

## DISABILITY CERTIFICATE

NAME _Michael Sindram_ DATE _8/17/06_

ADDRESS _____ EMPLOYER _____

To Whom It May Concern:

    This is to certify that the above patient was under my professional care from _8/17/06_ to _____ inclusive and was totally incapacitated during this time. This is to further certify that the above patient has now recovered sufficiently to be able to return to: ___ light duty, ___ regular work duties on _____.

Restrictions:

_✓_ Patient is 100% disabled and cannot perform duties. (permanent)

___ No lifting more than _____, pulling or pushing

___ No walking long distances, sitting longer than _____ or standing longer than _____.

___ No driving.

Physicians Remarks: _Patient has a spinal condition is 100% disabled for 1-2 years — Cannot sit for periods > 1-2 hours_


Physicians' Signature

-Ex. 2-

**HOWARD UNIVERSITY FPP**
**DEPARTMENT OF ORTHOPEDIC SURGERY**
2041 Georgia Ave, NW suite 4300
Washington, DC 20060
202-865-1183

## DISABILITY CERTIFICATE

**DATE:** 9-18-06

**NAME:** Michael Sindram

**EMPLOYER:** _____

**SCHOOL:** _____

To Whom It May Concern:
This patient has been under my professional care from 1-3-03 to present

**DIAGNOSIS:** Osteoarthritis both knees

___ This patient is unable to return to work

___ This patient was totally ___, partially ___ incapacitated, but now has sufficiently recovered to be able to return to light ___, regular ___ work duties on _____.

**RESTRICTIONS:** limited walking and standing

**COMMENTS:** _____

Please excuse this patient to attend physical therapy _____ times per week.

**NEXT APPOINTMENT:** _____

Terry L. Thompson, MD          Robert H. Wilson, MD_____

Aham E. Onyike, MD _____    Julian A. Cameron, MD_____

- Ex. 3 -

```
---------------------- SYSM "KWIKSEND" MESSAGE ROUTING --------------------1
User ID: FEMJHW                                           08:54 - Sun, Dec 11, 2005
Enter Command ===>

Date: 12/11/05              Time: 08:54                   Priority: 000
Subj: MICHAEL SINDRAM                                     Access:
Dest:
```

TO WHOM IT MAY CONCERN,
PLEASE BE ADVISED THAT I, JOHN WALKER, MANAGER FOR RITEAID
PHARMACY ON GEORGIA AVE HAS AND CONTINUES TO ORDER DISTILLED
WATER FOR MR. SINDRAM IN THE AMOUNT OF FOUR TO FIVE CASES
PER WEEK WHICH ENTAILS ABOUT 24 TO 30 GALLONS PER WEEK AT A
COST OF .99 PER GALLON.  IN ADDITION MR SINDRAM HAS PURCHASED
AT LEAST ONE SOFT LENS CONTACT SOLUTION/CLEANER CONTAINER
PER WEEK AT COST OF $8.49 + TAX.  MR SINDRAM'S PHARMACY
PURCHASE APPROMIMATELY BETWEEN $100 TO $150.00 PER MONTH.
ANY QUESTION REGARDING THIS MATTER FEEL FREE TO CONTACT ME
AT (202)722-5252.

THANK YOU,
JOHN WALKER

COMMANDS: Send DELete FILe POst Down Wordwrap TSPlit SPEll DIRectory SET{CAPs}

RITEAID #2653
5600 GEORGIA VE., NW
WASHINGTON, DC 20011

X _[signature]_

-Ex. 4-



**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
50 Irving Street NW
Washington DC 20422

January 17, 2006

Re: Michael Sindram

To Whom It May Concern:

Mr. Michael Sindram, DOB: 12/3/57, is a current patient of the Veterans Affairs Hospital. Mr. Sindram suffers from chondromalacia. Per his reported and documented past medical history and treatment plans from this hospital as well as other local institutions, he requires distilled water for his medical care. The Veterans Hospital does not carry or supply distilled water to its patients. Therefore, the patient purchases the water himself. This is an ongoing need.

Please call with questions – 202-745-8377

Sincerely,

Dr. Divya Shroff

- Ex. 5 -