# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
MICHAEL SINDRAM,                         )
                                         )
              Plaintiff,                 )
                                         )
       v.                                )          Civil Action No.  06-1952 (RBW)
                                         )
MICHAEL KELLY,                           )
                                         )
              Defendant.                 )
_____  )

## ORDER

For the reasons set forth in this Court's memorandum opinion filed contemporaneously herewith, it is hereby this 28th day of March, 2008

**ORDERED** that the defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** .  It is further

**ORDERED** that the plaintiff's Motion for Judgment on Pleadings and for Related Relief is **DENIED** as moot.  It is further

**ORDERED** that this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.

**SO ORDERED**.

/s/_____
 REGGIE B. WALTON
 United States District Judge