UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL SINDRAM, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1952 (RBW) |
| MICHAEL KELLY, | ) |
| Defendant. | ) |

**AMENDED ORDER**

For the reasons set forth in this Court's memorandum opinion that shall be issued hereafter, it is hereby this 28th day of March, 2008

**ORDERED** that the defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** . It is further

**ORDERED** that the plaintiff's Motion for Judgment on Pleadings and for Related Relief is **DENIED** as moot. It is further

**ORDERED** that this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge