UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
Michael Sindram,                    :
        Plaintiff,               :
                                    :
                                    :
                                    :
   v.                              :    1:06-cv-01952 (RBW)
                                    :
                                    :
Michael P. Kelly,                   :
        Defendant.               :
                                    :
_____:

## *Praecipe*

Will the Clerk of the Court please note the change in e-mail address of undersigned counsel.

                                                         Respectfully submitted,

                                                         *Frederick A. Douglas*
                                                         Frederick A. Douglas
                                                         Douglas & Boykin PLLC
                                                         1850 M Street, NW
                                                         Ste 640
                                                         Washington D.C. 20036
                                                         FADouglas@douglasboykin.com