PRAECIPE

# United States District Court
# for the District of Columbia

the __14TH__ day of __April__ 19 __2008__

__Michael Sindram__
vs.
__Michael Kelly__

Civil / Criminal Action No. __06-1952 (RBW)__

The Clerk of said Court will __correct π's address listed below__

OLD ADDRESS — 6817 Georgia Ave., N.W. #204
Wash., D.C. 20012

__4-14-08__
Date

__Pro-Se__
BAR IDENTIFICATION NO.

In God we trust!
__Michael Sindram__
Signature

__Michael Sindram__
Print Name

__6645 Georgia Ave, N.W. #306__
Address

__Washington,   D.C.   20012__
City          State      Zip Code

__202-722-6281__
Phone Number

RECEIVED
APR 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

Frederick Douglas
Douglas & Boykin
1850 M St., N.W. Ste. 640
Wash., D.C. 20036