# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

MICHAEL SINDRAM,                              )
                                             )
          Plaintiff,                    )
                                             )
       v.                               )        Civil Action No.  06-1952 (RBW)
                                             )
MICHAEL KELLY,                               )
                                             )
          Defendant.                    )
_____    )

## AMENDED ORDER

    For the reasons set forth in this Court's memorandum opinion that shall be issued hereafter, it is hereby this 13th day of August, 2008

    **ORDERED** that the defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** .  It is further

    **ORDERED** that the plaintiff's Motion for Judgment on Pleadings and for Related Relief is **DENIED** as moot.

    **SO ORDERED**.

                               /s/_____
                              REGGIE B. WALTON
                              United States District Judge